IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-46-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT MICHAEL HAMILTON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 [D.E. 213]. The response is due not later than July 27, 2015.

SO ORDERED. This _5_ day of July 2015.

JAMES C. DEVER III
Chief United States District Judge